# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | |
|---|---|
| KINSALE INSURANCE COMPANY, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> MMG MANAGEMENT, LLC, ) <br> SHENISHA MOORE, as Parent of ) <br> D.B., a minor, and BETTY LESTER, ) <br> as Administrator of the ESTATE OF ) <br> DEMARIOUS BROWN, ) <br> ) <br> Defendants. ) | Civil Action No.: <br> 1:25-cv-03949-SDG |

## PLAINTIFF'S INITIAL DISCLOSURES

Plaintiff Kinsale Insurance Company ("Kinsale") hereby provides its Initial Disclosures, as required by Federal Rules of Civil Procedure 26(a)(1) and Local Rule 26.1B(1).

### Preliminary Statement

Kinsale is making its disclosures based upon current information, and the documents in possession of Kinsale are being disclosed in general terms without any individual identification of every document. Kinsale reserves the right to supplement or amend these disclosures with additional information, witnesses, or documents revealed through the course of any discovery.

**Disclosures**

**(1) State precisely the classification of the cause of action being filed, a brief factual outline of the case including plaintiff's contentions as to what defendant did or failed to do, and a succinct statement of the legal issues in the case.**

Kinsale seeks a declaration under Rule 57 of the Federal Rules of Civil Procedure and 28 U.S.C. §§ 2201 and 2202 that it has no duty to defend or indemnify Defendant MMG Management LLC ("MMG"), in connection with the lawsuit styled *Shenisha Moore, as Parent of D.B., minor, and Betty Lester, as administrator of the Estate of Demarious Brown v. Lotus Lake group, LLC, and MMG Management, LLC*, State Court of Gwinnett County, Georgia, Civil Action File No. 24-C-12140-S5 (the "Underlying Lawsuit") based upon the terms of Commercial General Liability Policy No. 0100269194-0 (the "Primary Policy") and Commercial Excess Policy No. 0100255487-0 (the "Excess Policy"), (collectively, the "Policies"), issued to Lotus Lake Group, LLC.

The Underlying Lawsuit arose out of a shooting (the "Incident") that occurred at the Grey Parc of Macon Apartments (the "Property"). MMG Management LLC manages the Property. Kinsale contends the Policies' limits have been exhausted and therefore Kinsale does not owe a duty to defend or indemnify under the Policies. Kinsale also contends that coverage for the Underlying Lawsuit is barred under the

Policies' Assault and Battery Exclusion, the Excess Policy's Firearms Exclusion, and the Excess Policy's Punitive Damages Exclusion.

**(2) Describe in detail all statutes, codes, regulations, legal principles, standards and customs or usages, and illustrative case law which plaintiff contends are applicable to this action.**

- a. 28 U.S.C. § 1332;
- b. 28 U.S.C. § 2201;
- c. Principles of contract interpretation under Georgia law;
- d. *Jefferson Ins. Co. of New York v. Dunn*, 269 Ga. 213 (1998);
- e. *Powe v. Chartis Specialty Ins. Co.*, 2017 WL 3525441, (N.D. Ga. June 1, 2017);
- f. *Capitol Indem., Inc. v. Brown*, 260 Ga. App. 863 (2003);
- g. *First Specialty Ins. Corp., Inc. v. Flowers*, 644 S.E.2d 453 (2007);
- h. *Allied Prop. & Cas. Ins. Co. v. Bed Bath & Beyond, Inc.*, No. 1:12-CV-01265-RWS, 2014 WL 1292456, (N.D. Ga. Mar. 31, 2014); and
- i. *Gibson v. Preferred Risk Mut. Ins. Co.*, 216 Ga. App. 871 (1995).

**(3) Provide the name and, if known, the address and telephone number of each individual likely to have discoverable information that you may use to support your claims or defenses, unless solely for impeachment, identifying the**

subjects of the information. (Attach witness list to Initial Disclosures as Attachment A.)

See Attachment A.

(4) Provide the name of any person who may be used at trial to present evidence under Rules 702, 703, or 705 of the Federal Rules of Evidence. For all experts described in Fed.R.Civ.P. 26(a)(2)(B), provide a separate written report satisfying the provisions of that rule. (Attach expert witness list and written reports to Responses to Initial Disclosures as Attachment B.)

Kinsale has not yet retained any expert witnesses.

(5) Provide a copy of, or a description by category and location of, all documents, data compilations or other electronically stored information, and tangible things in your possession, custody, or control that you may use to support your claims or defenses unless solely for impeachment, identifying the subjects of the information. (Attach document list and descriptions to Initial Disclosures as Attachment C.)

See Attachment C.

(6) In the space provided below, provide a computation of any category of damages claimed by you. In addition, include a copy of, or describe by category and location of, the documents or other evidentiary material, not privileged or

4

**protected from disclosure, on which such computation is based, including materials bearing on the nature and extent of injuries suffered, making such documents or evidentiary material available for inspection and copying as under Fed. R. Civ. P. 34. (Attach any copies and descriptions to Initial Disclosures as Attachment D.)**

Kinsale does not seek any monetary damages in this action and only seeks declaratory relief.

**(7)     Attach for inspection and copying as under Fed.R.Civ.P. 34 any insurance agreement under which any person carrying on an insurance business may be liable to satisfy part or all of a judgment which may be entered in this action or to indemnify or reimburse for payments made to satisfy the judgment. (Attach copy of insurance agreement to Initial Disclosures as Attachment E.)**

Plaintiff is unaware of any such documents.

**(8)     Disclose the full name, address, and telephone number of all persons or legal entities who have a subrogation interest in the cause of action set forth in plaintiffs cause of action and state the basis and extent of such interest.**

Kinsale does not believe any entity has a subrogation interest in this cause of action.

Respectfully submitted this 22nd day of September, 2025.

| | |
|---|---|
| **FIELDS HOWELL LLP** | */s/ Brandon R. Gossett* |
| 665 8th Street NW | Brandon R. Gossett |
| Atlanta, GA 30318 | Georgia Bar No. 120424 |
| (404) 214-1250 (Telephone) | James M. Bauer |
| bgossett@fieldshowell.com | Georgia Bar No. 460185 |
| jbauer@fieldshowell.com | William J. Keegan |
| wkeegan@fieldshowell.com | Georgia Bar No.: 278159 |
| | *Attorneys for Plaintiff Kinsale Insurance Company* |

## **Attachment A**

1. Representatives of Kinsale may have discoverable information regarding MMG's claim for insurance coverage under the Policies.

2. Representatives of MMG may have discoverable information regarding the Property, Incident, and Underlying Lawsuit, as well as MMG's claim for insurance coverage under the Policies.

3. Representatives of Lotus Lake Group LLC may have discoverable information regarding the Property, Incident, and Underlying Lawsuit.

4. Defendants Shenisha Moore and Betty Lester may have discoverable information regarding the Property, Incident, and Underlying Lawsuit.

Kinsale reserves all rights to supplement this list of individuals likely to have discoverable information which it may use to support its claims or defenses at any time up to and including trial.

## **Attachment B**

Intentionally Omitted

## Attachment C

1. Commercial General Liability Policy No. 0100269194-0

2. Commercial Excess Policy No. 0100255487-0 that Kinsale issued to Lotus Lake Group LLC.

3. The operative complaint and other filings in the Underlying Lawsuit.

As discovery in this matter is ongoing, Kinsale reserves its right to supplement, modify, or amend this response as necessary and use other information and materials obtained during discovery in support of its defenses at any time up to and including trial.

## **Attachment D**

Intentionally Omitted

## **Attachment E**

Intentionally omitted.

# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | |
|---|---|
| KINSALE INSURANCE COMPANY, )<br>  )<br>       Plaintiff, )<br>  )<br> v. )<br>  )<br> MMG MANAGEMENT, LLC, )<br> SHENISHA MOORE, as Parent of )<br> D.B., a minor, and BETTY LESTER, )<br> as Administrator of the ESTATE OF )<br> DEMARIOUS BROWN, )<br>  )<br>       Defendants. ) | Civil Action No.:<br>1:25-cv-03949-SDG |

## **CERTIFICATE OF COMPLIANCE**

The undersigned counsel hereby certifies that the foregoing document has been prepared with a font and point selection (Times New Roman, 14 point) that is approved by the Court as indicated in Local Rule 5.1(C) and 7.1(D).

Respectfully submitted this 22nd day of September, 2025.

| | |
|---|---|
| **FIELDS HOWELL LLP**<br>665 8th Street NW<br>Atlanta, GA 30318<br>(404) 214-1250 (Telephone)<br>bgossett@fieldshowell.com<br>jbauer@fieldshowell.com<br>wkeegan@fieldshowell.com | */s/ Brandon R. Gossett*<br>Brandon R. Gossett<br>Georgia Bar No. 120424<br>James M. Bauer<br>Georgia Bar No. 460185<br>William J. Keegan<br>Georgia Bar No.: 278159<br><br>*Attorneys for Plaintiff Kinsale Insurance Company* |

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| KINSALE INSURANCE COMPANY, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> MMG MANAGEMENT, LLC, ) <br> SHENISHA MOORE, as Parent of ) <br> D.B., a minor, and BETTY LESTER, ) <br> as Administrator of the ESTATE OF ) <br> DEMARIOUS BROWN, ) <br> ) <br> Defendants. ) | Civil Action No.: <br> 1:25-cv-03949-SDG |

## **CERTIFICATE OF SERVICE**

I hereby certify that a true and correct copy of the foregoing document has been served upon counsel of record via email.

Respectfully submitted this 22nd day of September, 2025.

**FIELDS HOWELL LLP**
665 8th Street NW
Atlanta, GA 30318
(404) 214-1250 (Telephone)
bgossett@fieldshowell.com
jbauer@fieldshowell.com
wkeegan@fieldshowell.com

*/s/ Brandon R. Gossett*
Brandon R. Gossett
Georgia Bar No. 120424
James M. Bauer
Georgia Bar No. 460185
William J. Keegan
Georgia Bar No.: 278159

*Attorneys for Plaintiff Kinsale Insurance Company*

13