# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | |
|---|---|
| KINSALE INSURANCE COMPANY,<br><br>PLAINTIFF,<br><br>v.<br><br>MMG MANAGEMENT, LLC, SHENISHA MOORE, as Parent of D.B., a minor, and BETTY LESTER, As Administrator of the ESTATE OF DEMARIOUS BROWN,<br><br>DEFENDANTS. | CIVIL ACTION NO.<br><br>1:25-cv-03949-SDG |

_____

## RULE 5.4(A) DISCOVERY CERTIFICATE
_____

Pursuant to Local Rule 5.4(A) of the United States District Court, Northern District of Georgia, the undersigned counsel for Defendants certifies that he has served copies of DEFENDANT MMG MANAGEMENT, LLC'S FIRST SET OF REQUESTS FOR ADMISSION TO PLAINTIFF KINSALE INSURANCE COMPANY, DEFENDANT MMG MANAGEMENT, LLC'S FIRST SET OF REQUESTS FOR PRODUCTION TO PLAINTIFF KINSALE INSURANCE COMPANY and DEFENDANT MMG MANAGEMENT, LLC'S FIRST SET OF INTERROGATORIES TO PLAINTIFF KINSALE INSURANCE COMPANY to counsel for Plaintiff via email on October 20, 2025, and has electronically filed this

LR 5.4(A) DISCOVERY CERTIFICATE with the Clerk of Court using the CM/ECF system which will automatically send e-mail notification of such filing to the following counsel of record:

James M. Bauer
Fields Howell LLP
665 8th Street NW
Atlanta, GA 30318
*Attorney for Kinsale Insurance Company*

Respectfully submitted this 20th day of October 2025

O'DANIEL McDONALD, LLC

/s/ Graham E. McDonald
Graham E. McDonald
Georgia Bar No. 843090
Wesley A. Taylor
Georgia Bar No. 459004
9040 Roswell Road, Suite 500
Atlanta, GA 30350-3939
(404) 419-6300
(404) 419-6301 fax
gmcdonald@odmclaw.com
wtaylor@odmclaw.com

*Attorneys for Defendant MMG Management, LLC*