## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF GEORGIA
## ATLANTA DIVISION

KINSALE INSURANCE
COMPANY,

        Plaintiff,

v.

MMG MANAGEMENT, LLC,
SHENISHA MOORE, as Parent of
D.B., a minor, and BETTY LESTER,
as Administrator of the ESTATE OF
DEMARIOUS BROWN,

        Defendants.

)
)
)
)
)
)
)
)
)
)
)
)
)

Civil Action No.:
1:25-cv-03949-SDG

I, William J. Keegan declare:

1.  I am an attorney duly licensed to practice in the state of Georgia.

2.  I represent Kinsale Insurance Company ("Kinsale") in the above-captioned

    coverage litigation.

3.  I certify that Exhibit B to the Complaint [Dkt No. 1-1] is a true and correct

    copy of Policy No. 010269194-0, a commercial general liability policy

    issued to Lotus Lake Group, LLC (the "Primary Policy").

4.  I certify that Exhibit D to the Complaint [Dkt No. 1-1] is a true and correct

    copy of Policy No. 0100255487-0, a commercial excess liability policy

    issued to Lotus Lake Group, LLC (the "Excess Policy).

1

5.   I certify that Exhibit A to the Complaint [Dkt No. 1-1] is a true and correct copy of the Complaint filed by Shenisha Moore and Betty Lester against Lotus Lake Group, LLC and MMG Management, LLC ("MMG") (the "*Moore*" suit).

6.   I certify that Exhibit A to this Declaration is a true and correct copy of the October 25, 2024, reservation of rights letter from Kinsale to MMG.

7.   I certify that Exhibit B to this Declaration is a true and correct copy of the the February 7, 2025, reservation of rights letter from Kinsale to MMG.

8.   I certify that Exhibit F to Complaint [Dkt No. 1-1] is a true and correct copy of the April 9, 2025 demand from Ms. Moore and Ms. Lester to Lotus and Kinsale.

9.   I certify that Exhibit H to the Complaint [Dkt No. 1-1] is a true and correct copy of the May 9, 2025 demand acceptance from Kinsale to Ms. Moore and Ms. Lester.

10.  I certify that Exhibit C to this Declaration is a true and correct copy of the the July 7, 2025 email from Kinsale to MMG's defense counsel, Chris Byrd, informing MMG of the settlement and exhaustion of limits.

11.  I certify, as a participant on the July 15, 2025 teleconference, that MMG, through counsel, threatened suit against Kinsale because of the Lotus Lake settlement.

12.    I certify Exhibit D of this Declaration is a true and correct copy of the

limited liability release executed by Ms. Moore and Ms. Lester.

13.    I certify that Exhibit E of this Declaration is a true and correct copy of an

email from October 7, 2025, from Ethan Kim to William J. Keegan,

confirming Kinsale has tendered payment pursuant to Exhibit D's terms.

14.    I certify that Exhibit F of this Declaration is a true and correct copy of the

Docket of the Moore suit as of January 12, 2026, showing that no judgment

has been entered against MMG in the *Moore* suit.

I declare under penalty of perjury that the foregoing is true and correct.


By: _____
William J. Keegan

# EXHIBIT A



**10/25/2024**

Sent Via
    Regular Mail
    Certified Mail
    Email

MMG Management, LLC
Attention: Michelle Clark
mclark@mmgmgt.com

Sent Via
    Regular Mail
    Certified Mail
    Email

MMG Management, LLC
Attention: Kirstien Sasser
5290 Matt Hwy, Suite 502-198
Cumming GA   30028
ksasser@mmgmgt.com

|  |  |
|---|---|
| **Re:** | **Acknowledgment of Claim and Reservation of Rights** |
| **Insured** | Lotus Lake Group LLC Delta Realty Group LLC |
| **Policy Numbers** | 0100269194-0 ("Primary Policy"); 0100255487-0 ("Excess Policy") |
| **Policy Periods** | November 12, 2023 - November 12, 2024 (Primary Policy) |
| | August 23, 2023 - November 12, 2024 (Excess Policy) |
| **Claimant** | Estate of Demarious Brown |
| **File Nos.** | 00049123; 00049124 |
| **Loss Date** | July 13, 2024 |
| **Loss Location** | The Grey Parc of Macon Apartments, 2275 Gray Highway, Macon, GA 31211 |

Dear MMG Management, LLC,

I write on behalf of Kinsale Insurance Company ("Kinsale"), which issued Commercial General Liability Policy No. 0100269194-0 (the "Primary Policy") for the Policy Period from November 12, 2023, to November 12, 2024, and Excess Liability Coverage Policy No. 0100255487-0 (the "Excess Policy") for the Policy Period from August 23, 2023, to November 12, 2024, (collectively, the "Policies") to Lotus Lake Group LLC ("Lotus Lake").

Lotus Lake Group LLC Delta Realty Group LLC
10/25/2024
**Page 2** of **14**

Insofar as MMG Management LLC ("MMG") was a property manager for Lotus at The Grey Parc of Macon Apartments in Macon, Georgia on July 13, 2024, MMG could qualify as an insured under these Policies. Kinsale is in the process of evaluating that, as well as all coverage and other issues implicated by this matter. Accordingly, I write to set forth Kinsale's reservation of rights concerning the above-referenced claim.

Kinsale has received a time-limited demand on behalf of the Estate of Demarious Brown (the Claimant") from attorney Brian C. Mickelsen, Esquire at Mickelsen Dalton (the "Demand"), addressed to both Lotus Lake and MMG. To Kinsale's knowledge, MMG has reported this matter to its own insurance carrier(s); Kinsale is awaiting further information regarding MMG's applicable insurance policy(ies), claim number(s), and contact information for the assigned claims examiner(s). **Kinsale is responding to that Demand on behalf of MMG only to the extent that it could qualify as an insured under the Policies, and will copy you on that correspondence. By responding to the Demand on MMG's behalf, Kinsale does not thereby waive, and is not estopped from asserting, that it applies only in excess of other insurance available to MMG.**

Based on the available information and as outlined herein, **coverage may be limited or not provided for any potential claim arising from the Incident, and Kinsale reserves its rights to disclaim coverage pursuant to this Reservation of Rights.** Specifically, Kinsale notes that the coverage issues discussed below may limit or preclude coverage for MMG against any potential claim and any potential damages that may arise in connection with it. Kinsale reserves all rights available to it pursuant to the Policies and applicable law.

I.        <u>**Factual Background**</u>

Below is a brief summary of Kinsale's present understanding of the alleged facts. By discussing the allegations contained in the Decedent's Demand to MMG, Kinsale does not imply that they are true or have merit. If you believe that any of these facts are incorrect, please let us know immediately.

Lotus Lake is a limited liability company specializing in leasing residential properties and which has an ownership interest in The Grey Parc of Macon Apartments located at 2275 Gray Highway, Macon, GA (the "Property"). Kinsale understands that MMG manages the Property.

On September 23, 2024, Kinsale received a first notice of loss concerning a shooting that occurred on the Property on July 13, 2024. Kinsale's understanding is that 31-year-old Mr. Demarious Brown ("Decedent") was residing at the Property when he was shot and killed inside Apartment P-24. That apartment was rented to Tiffany Johnson for a lease term of July 1, 2024, to June 30, 2025. Decedent was not listed as a resident or authorized occupant and neither Lotus Lake nor MMG were notified that he was living on the Property prior to the date of loss.

The Demand alleges that on July 13, 2024, Mr. Brown returned to his apartment unit at the Property after walking his dog and found an unknown intruder in his living room. By contrast, we understand from you that you have reason to believe that Mr. Brown voluntarily opened the door to let the individual, who would become Mr. Brown's assailant, into the unit.

Lotus Lake Group LLC Delta Realty Group LLC
10/25/2024
**Page 3** of **14**

One way or the other, we understand that after the would-be assailant and Mr. Brown spoke, the assailant tragically shot and killed Mr. Brown and then threatened Mr. Brown's girlfriend, Tramese King, who was in the same apartment at the time of the shooting. (These events are referred to collectively as the "Incident" throughout this letter.) Mr. Brown was pronounced dead at the scene of the Incident.

It is further Kinsale's understanding that Wesley Hillard entered into a Courtesy Officer Agreement regarding the Property. He was not onsite during the Incident. There was no security services company contracted by Lotus Lake or MMG for the Property that covered the date of loss.

On October 1, 2024, Kinsale received a copy of Claimant's Demand, wherein the applicable policy limits of all "applicable" policies are demanded in exchange for a general release of any claims the Claimant may have against Lotus Lake and MMG in connection with the Incident. The Demand is dated September 27, 2024, and was sent via email to MMG; Kinsale is not aware of any physically mailed copy being received by either Lotus Lake or MMG. **Kinsale is responding to that Demand on behalf of MMG only to the extent that it could qualify as an insured under the Policies, and will copy you on that correspondence. By responding to the Demand on MMG's behalf, Kinsale does not thereby waive, and is not estopped from asserting, that it applies only in excess of other insurance available to MMG.**

II.       **The Policies**

Kinsale issued Commercial General Liability Policy No. 0100269194-0 (the "Primary Policy") for the Policy Period from November 12, 2023, to November 12, 2024, and Excess Liability Coverage Policy No. 0100255487-0 (the "Excess Policy") for the Policy Period from August 23, 2023, to November 12, 2024, to Lotus Lake Group LLC and Delta Realty Group LLC. The Primary Policy provides certain coverage, subject to certain terms, conditions, and exclusions, and subject to a $1,000,000 per-occurrence limit, a $2,000,000 aggregate limit, and a $5,000 per-occurrence deductible. The Excess Policy provides certain coverage, subject to certain terms, conditions, and exclusions, and subject to a $2,000,000 per-occurrence and aggregate limit.

III.       **Reservation Of Rights And Coverage Issues**

        Based on the information available to us, Kinsale identifies the following provisions in the Policies, which may apply to limit or preclude coverage for the Incident. Kinsale reserves the right to rely upon or assert coverage defenses arising from any of the terms, conditions, limitations, and exclusions in the Policies, including those not specifically discussed in this letter. Nothing in this letter is intended nor should be construed to constitute waiver or estoppel of any of the provisions in the Policies or under applicable law.

        A.       **Insuring Agreement**

The Primary Policy's insuring agreement provides:

We will pay those sums that the insured becomes legally obligated to pay as damages because of "bodily injury" or "property damage" to which this insurance applies. We will have the right and duty to defend the insured against any "suit" seeking those damages. However, we will have no duty to defend the insured against any "suit" seeking damages for

Lotus Lake Group LLC Delta Realty Group LLC
10/25/2024
**Page 4** of **14**

"bodily injury" or "property damage" to which this insurance does not apply. We may, at our discretion, investigate any "occurrence" and settle any claim or "suit" that may result. But:

    (1)    The amount we will pay for damages is limited as described in Section III – Limits of Insurance; and

    (2)    Our right and duty to defend ends when we have used up the applicable limit of insurance in the payment of judgments or settlements under Coverages A or B or medical expenses under Coverage C.

Primary Policy, CG 00 01 04 13, p. 1 of 16.

The Excess Policy's insuring agreement provides:

We will pay on behalf of the Named Insured those sums in excess of the "underlying insurance" that you have become legally obligated to pay as damages because of injury or property damage to which this insurance applies, provided that the damages would be covered by the "underlying insurance(s)", but for the exhaustion of the applicable Limits of Insurance.

The policy shall follow the terms, definitions, conditions and exclusions of the "primary insurance" and of any other "underlying insurance" only to the extent coverage is further limited or restricted by the terms and conditions of such other "underlying insurance"; subject always to the policy period, policy limits, premiums and all other terms, definitions, conditions and exclusions of this policy. If any provisions of the "underlying insurance" conflict with any provisions of this policy, the provisions of this policy will apply.

This policy will not, in any event, provide broader coverage than that provided by the "underlying insurance".

The amount we will pay for damages shall not exceed the Limits of Insurance stated in Item 1 of the Declarations.

Excess Policy, CAX0001 0817, p. 1 of 11. As a threshold issue, the applicable limits of the Primary Policy have not yet been exhausted. Therefore, the Excess Policy has not yet been triggered. Moreover, to the extent that the shooting involved in the Incident does not constitute an "occurrence," Kinsale reserves its rights to limit or deny coverage under the Policies accordingly.

    B.      **Other Insurance**

The Policies contain Other Insurance provisions that state as follows:

Primary Policy, **SECTION IV – COMMERCIAL GENERAL LIABILITY CONDITIONS**

**4. Other Insurance**
If other valid and collectible insurance is available to the insured for a loss we cover under Coverages A

Lotus Lake Group LLC Delta Realty Group LLC
10/25/2024
**Page 5** of **14**

or B of this Coverage Part, our obligations are limited as follows:

a. **Primary Insurance**

This insurance is primary except when Paragraph b. below applies. If this insurance is primary, our obligations are not affected unless any of the other insurance is also primary. Then, we will share with all that other insurance by the method described in Paragraph c. below.

b. **Excess Insurance**

(1) This insurance is excess over:

(a) Any of the other insurance, whether primary, excess, contingent or on any other basis:

(i) That is Fire, Extended Coverage, Builder's Risk, Installation Risk or similar coverage for "your work";

(ii) That is Fire insurance for premises rented to you or temporarily occupied by you with permission of the owner;

(iii) That is insurance purchased by you to cover your liability as a tenant for "property damage" to premises rented to you or temporarily occupied by you with permission of the owner; or

(iv) If the loss arises out of the maintenance or use of aircraft, "autos" or watercraft to the extent not subject to Exclusion g. of Section I – Coverage A – Bodily Injury And Property Damage Liability.

(b) Any other primary insurance available to you covering liability for damages arising out of the premises or operations, or the products and completed operations, for which you have been added as an additional insured.

(2) When this insurance is excess, we will have no duty under Coverages A or B to defend the insured against any "suit" if any other insurer has a duty to defend the insured against that "suit". If no other insurer defends, we will undertake to do so, but we will be entitled to the insured's rights against all those other insurers.

(3) When this insurance is excess over other insurance, we will pay only our share of the amount of the loss, if any, that exceeds the sum of:

(a) The total amount that all such other insurance would pay for the loss in the absence of this insurance; and

(b) The total of all deductible and self-insured amounts under all that other insurance.

(4) We will share the remaining loss, if any, with any other insurance that is not described in this Excess Insurance provision and was not bought specifically to apply in excess of the Limits of Insurance shown in the Declarations of this Coverage Part.

c. **Method Of Sharing**

If all of the other insurance permits contribution by equal shares, we will follow this method also. Under this approach each insurer contributes equal amounts until it has paid its applicable limit of insurance or none of the loss remains, whichever comes first.

If any of the other insurance does not permit contribution by equal shares, we will contribute by limits. Under this method, each insurer's share is based on the ratio of its applicable limit of insurance to the total applicable limits of insurance of all insurers.

***

CG 00 01 04 13, p. 12 of 16.

Lotus Lake Group LLC Delta Realty Group LLC
10/25/2024
**Page 6** of **14**

Excess Policy, **SECTION V – CONDITIONS**    \*\*\*

**2. Other Insurance**
This insurance is excess over any other valid and collectible insurance whether primary, excess, contingent, or
any other basis, except any other insurance written specifically to be excess over this policy.

\*\*\*

CAX0001 0817, p. 7 of 11.

To the extent that either or both of such Other Insurance provisions apply, Kinsale reserve its rights accordingly. **And, since Kinsale's obligations to MMG, if any, may not yet be triggered because other insurance is available to MMG, Kinsale is responding to the Demand on behalf of MMG only to the extent that it could qualify as an insured under the Policies. By responding to the Demand on MMG's behalf, Kinsale does not thereby waive, and is not estopped from asserting, that it applies only in excess of other insurance available to MMG.**

C.        **Exclusion – Assault and Battery**

The Primary Policy contains an Assault and Battery exclusion, which in part states:

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

**EXCLUSION – ASSAULT AND BATTERY**

**This endorsement modifies insurance provided under the following:**

**COMMERCIAL GENERAL LIABILITY COVERAGE**

The following exclusion is added to this Policy:

This insurance does not apply to any claim or "suit" for "bodily injury", "property damage" or "personal and advertising injury" arising out of, related to, or, in any way involving any actual or alleged assault, battery, harmful or offensive contact, or threat, whether provoked or unprovoked. This exclusion includes but is not limited to:

1. The prevention or suppression, or the failure to suppress or prevent any assault, battery, harmful or offensive contact, or threat;

2. The failure to provide an environment safe from any assault, battery, harmful or offensive contact, or threat, or the failure to warn of the dangers of the environment that could contribute to any assault, battery, harmful or offensive contact, or threat;

\*\*\*

8. Any assault, battery, harmful or offensive contact, or threat, whether caused by, or at the instigation, instruction, direction, or due to the negligence of the insured, the insured's employees, agents, patrons, customers, or any other person arising from any causes whatsoever; or

---

Lotus Lake Group LLC Delta Realty Group LLC
10/25/2024
**Page 7** of **14**

9. The negligent hiring, employment, training, supervision, or retention of any employee or agent of any insured with respect to items 1. through 8. above.

This exclusion applies regardless of fault or intent and regardless of the particular cause of action.

This exclusion applies to any claim or "suit" regardless of whether assault, battery, harmful or offensive contact, or threat is the initial precipitating cause or is in any way a cause, and regardless of whether any other actual or alleged cause contributed concurrently, proximately, or in any sequence, including whether any actual or alleged "bodily injury", "property damage", or "personal and advertising injury" arises out of a chain of events that includes any assault, battery, harmful or offensive conduct.

Primary Policy, CAS3002 1016.

And for its part, the Excess Policy contains an Assault, Battery, Abuse, or Molestation exclusion, which in part states:

### THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.

### EXCLUSION – ASSAULT, BATTERY, ABUSE, OR MOLESTATION

**This endorsement modifies insurance provided under the following:**

**COMMERCIAL EXCESS LIABILITY COVERAGE**

The following exclusion is added to this Policy:

This insurance does not apply to any claim or suit for bodily injury or property damage, or any other injury or damage, arising out of, related to, or in any way involving any actual or alleged assault, battery, abuse, or molestation. Assault, battery, abuse, or molestation includes, but is not limited to, any conduct, physical act, gesture, sexual contact (whether or not consensual), sexual molestation, sexual or physical assault or battery, sexual abuse, sexual harassment or exploitation, harmful, unwanted or offensive contact, or spoken or written words of a sexual or physically violent nature, whether provoked or unprovoked.

This exclusion includes but is not limited to:

a. The prevention or suppression of, or the failure to suppress or prevent any assault, battery, abuse, or molestation;

b. The failure to provide an environment safe from any assault, battery, abuse, or molestation, or the failure to warn of the dangers of the environment that could contribute to any assault, battery, abuse, or molestation;

\*\*\*

h. Any assault, battery, abuse, or molestation, whether caused by, or at the instigation, instruction, direction, or due to the negligence of the insured, the insured's employees, agents, patrons,

Lotus Lake Group LLC Delta Realty Group LLC
10/25/2024
**Page 8** of **14**

customers, or any other person arising from any causes whatsoever; or

i.  The negligent hiring, employment, training, supervision, or retention of any employee or agent of any insured with respect to items a. through h. above.

This exclusion applies regardless of fault or intent and regardless of the particular cause of action.

This exclusion applies to any claim or suit regardless of whether assault, battery, abuse, or molestation is the initial precipitating cause or is in any way a cause, and regardless of whether any other actual or alleged cause contributed concurrently, proximately, or in any sequence, including whether any actual or alleged bodily injury or property damage, or any other injury or damage, arises out of a chain of events that includes any assault, battery, abuse, or molestation.

Excess Policy, CAX3178 0322.

Here, the facts indicate that the Decedent was shot while at the Property. To the extent that the Incident arose out of an actual or alleged assault, battery, harmful, or offensive contact, threat, abuse, or molestation, Kinsale respectfully reserves its right to limit or deny coverage pursuant to the Primary Policy's Assault and Battery Exclusion and the Excess Policy's Assault, Battery, Abuse, and Molestation Exclusion.

D.      **Absolute Exclusion – Firearms**

The Excess Policy includes a Firearms Exclusion, which, in part reads:

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

**ABSOLUTE EXCLUSION – FIREARMS**

**This endorsement modifies insurance provided under the following:**

**COMMERCIAL EXCESS LIABILITY COVERAGE**

This insurance does not apply to any claim or suit arising directly or indirectly out of, related to, or in any way involving the use of any firearm.

This exclusion applies to any claim or suit regardless of whether the use of a firearm is the initial precipitating cause or is in any way a cause of bodily injury, property damage, personal and advertising injury or any other injury or damage and regardless of whether any other actual or alleged cause contributed concurrently, proximately, or in any sequence, including whether any actual or alleged bodily injury, property damage, personal and advertising injury or other injury or damage, arises out of a chain of events that involves or includes the use of a firearm at any point.

This exclusion applies regardless of intent and regardless of the particular cause of action asserted including, but not limited to, negligence or other wrongdoing in:

1. The prevention or suppression, or failure to prevent or suppress, any such act or

Lotus Lake Group LLC Delta Realty Group LLC
10/25/2024
**Page 9** of **14**

incident;

2. The insured's actual or alleged negligent employment, supervision, hiring, training, or retention of any employee, independent contractor, or any other person or organization;

3. Reporting or failure to report to the proper authorities any act or incident involving the use of a firearm;

4. Conducting or failing to conduct an investigation or background check; or

5. Providing or failing to provide first aid or medical treatment for any injury arising out of the use of a firearm.

Excess Policy, CAX3162 1121, p. 1 of 1.

Here, the Claimant alleges the Decedent was shot. To the extent that the Incident involved the use of a firearm, Kinsale respectfully reserves its right to limit or deny coverage pursuant to the Excess Policy's Firearm Exclusion.

> **E.**        **Exclusion – Expected or Intended Injury**

The Policies include an Expected or Intended Injury Exclusion, which states in part:

2. Exclusions

> This insurance does not apply to:

> a.        Expected or intended Injury

> "Bodily injury" or "property damage" expected or intended from the standpoint of the insured. This exclusion does not apply to "bodily injury" resulting from the use if reasonable force to protect persons or property.

Primary Policy, CG 00 01 04 13, p. 2 of 16.

> Please also note for purposes of Primary Policy CAS3002 1016 Exclusion – Assault and Battery endorsement, 2. Exclusions, item a. Expected or Intended Injury is deleted and replaced with the following:

> "Bodily injury" or "property damage" expected or intended from the standpoint of the insured.

To the extent that the Incident was expected or intended from the standpoint of an insured, Kinsale respectfully reserves its right to limit or deny coverage accordingly.

> **F.**        **Exclusion – Medical Payments**

Lotus Lake Group LLC Delta Realty Group LLC
10/25/2024
**Page 10** of **14**

The Policies include a Medical Payments Exclusion, which states in part:

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**
**EXCLUSION – MEDICAL PAYMENTS**

**This endorsement modifies insurance provided under the following:**

**COMMERCIAL LIABILITY COVERAGE**

**SECTION I – COVERAGES, COVERAGE C – MEDICAL PAYMENTS** and all references to it are deleted in their entirety and not replaced.

Primary Policy, CAS3009 0110. To the extent that the Decedent's estate asserts a claim for payment of medical expenses in connection with the Incident, Kinsale respectfully reserves its right to limit or deny coverage accordingly.

**G.        Exclusion – Contractual Liability**

The Policies also include a Contractual Liability exclusion, which states in part:

2. Exclusions

This insurance does not apply to:

***

b.        Contractual Liability

"Bodily Injury" or "property damage" for which the insured is obligated to pay damages by reason of the assumption of liability in a contract or agreement. This exclusion does not apply to liability for damages:

(1)    That the insured would have in the absence of the contract or agreement; or

(2)    Assumed in a contract or agreement that is an "insured contract", provided the "bodily injury" or "property damage" occurs subsequent to the execution of the contract or agreement. Solely for the purposes of liability assumed in an "insured contract", reasonable attorneys' fees and necessary litigation expenses incurred by or for ap arty other than an insured are deemed to be damages because of "bodily injury" or "property damage", provided:

(a)    Liability to such party for, or for the cost of, that party's defense has also been assumed in the same "insured contract"; and

(b)    Such attorney's fees and litigation expenses are for defense of that party against a civil or alternative dispute resolution proceeding in which damages to which this insurance applies are alleged.

Lotus Lake Group LLC Delta Realty Group LLC
10/25/2024
**Page 11** of **14**

Primary Policy, CG 00 01 04 14, p. 2 of 16. To the extent that MMG becomes obligated to pay damages as a result of an assumption of liability in a contract or agreement, Kinsale respectfully reserves its right to limit or deny coverage pursuant to the Policies' Contractual Liability Exclusion.

      **H.**        **Duties in the Event of Occurrence, Offense, Claim or Suit**

      The Primary Policy includes a Duties in the Event of Occurrence, Offense, Claim or Suit provision which states:

      **2. Duties in the Event of Occurrence, Offense, Claim or Suit**

      a.      You must see to it that we are notified as soon as practicable of an "occurrence" or an offense which may result in a claim. To the extent possible, notice should include:

          (1)      How, when and where the "occurrence" or offense took place;

          (2)      The names and addresses of any injured persons and witness; and

          (3)      the nature and location of any injury or damage arising out of the occurrence or offense.

      b.      If a claim is made or "suit" is brought against any insured, you must:

          (1)      Immediately record the specifics of the claim or "suit" and the date received; and

          (2)      Notify us as soon as practicable.

          You must see to it that we receive written notice of the claim or "suit" a soon as practicable.

      c.      You and any other involved insured must:

          (1)      Immediately send us copies of any demands, notices, summonses or legal papers received in connection with the claim or "suit" . . . .

Primary Policy CG 00 01 04 13, p. 11 of 16. To the extent that this occurrence, offense, or claim, which occurred in July 2024 and was first communicated to Kinsale in September 2024, was not reported to Kinsale as soon as practicable, Kinsale respectfully reserves the right to deny or limit coverage pursuant to the Policies' conditions precedent to coverage.

      **I.**        **Policy Amendment – Extrinsic Evidence**

      The Primary and Excess Policies both include an Extrinsic Evidence Amendment, which reads in part:

      **THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

      **POLICY AMENDMENT - EXTRINSIC EVIDENCE**

Lotus Lake Group LLC Delta Realty Group LLC
10/25/2024
**Page 12** of **14**

**This endorsement modifies insurance under the following:**

**ALL COVERAGE FORMS**

Notwithstanding any provision of this Policy to the contrary, all Insuring Agreements in all Coverage Forms, Coverage Sections, Coverage Parts, or endorsements included in this Policy are amended by adding the following:

> Our right and duty to defend or indemnify the insured against any claim or suit will be determined by review of the facts and allegations pleaded and the terms of this Policy, and we may look to and consider extrinsic evidence outside of the allegations, facts pleaded, or any combination thereof by any claimant to determine whether we owe a duty to defend or indemnify against any such claim or suit.

Policies, ADF2000 0622, p. 1 of 1. To the extent that evidence extrinsic to any claim or suit against MMG arising from the Incident, or the allegations of that complaint, show that there is no coverage under the Policies, Kinsale respectfully reserves its rights to deny any duty to defend or indemnify MMG against such claim or suit.

**J.**     **Additional Policy Exclusions – Duty to Defend Exclusion**

The Primary Policy includes a Duty to Defend Exclusion, which reads in part:

<div align="center">

**ADDITIONAL POLICY EXCLUSIONS**

**\*\*\***

</div>

**Duty to Defend Exclusion**

> Where there is no coverage under this Policy, there is no duty to defend.

Primary Policy, CAS3043 0621, p. 2 of 3. Should coverage be precluded or limited by any other provision of the Primary Policy, including but not limited to the provisions included in this letter, Kinsale respectfully reserves the right to disclaim or limit coverage pursuant to the Duty to Defend Exclusion.

**K.**     **Exclusion – Punitive Damages**

The Excess Policy contains a Punitive Damages Exclusion, which states in part:

<div align="center">

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

**EXCLUSION- PUNITIVE DAMAGES**

</div>

**This endorsement modifies insurance provided under the following:**

**COMMERCIAL EXCESS LIABILITY COVERAGE**

Lotus Lake Group LLC Delta Realty Group LLC
10/25/2024
**Page 13** of **14**

The following exclusion is added to this policy:

This insurance does not apply to any claim or suit for any punitive or exemplary damages, fines or penalties arising out of injury or damage.

Excess Policy, CAX3045 0110, p. 1 of 1. To the extent that any claim arising from the Incident seeks punitive damages, Kinsale reserves its right to limit or preclude coverage pursuant to the Excess Policy's Punitive Damages Exclusion.

IV.            <u>Conclusion</u>

This letter is not a denial of coverage. However, Kinsale reserves all rights under the Policies and applicable law as outlined herein. Among the rights reserved, Kinsale reserves the right to limit or deny coverage pursuant to the Policies' respective terms, conditions, or exclusions, including pursuant to provisions in the Policies not expressly discussed in this letter. **Please read the complete Policies for their respective terms, conditions, and exclusions.** Kinsale's reservation of rights for this matter also includes the rights to investigate, deny coverage in part or in whole, seek a judicial determination of coverage, and intervene in any suit against MMG to seek a verdict allocating between covered and non-covered amounts. Kinsale further reserves the right to supplement or amend this reservation of rights letter.

This letter is based on the facts and information made available to Kinsale to date, along with the Policies and applicable law. Nothing in this letter, or Kinsale's continuing evaluation of this matter, or actual or possible payment(s) of or in connection with any portion of any future claim shall constitute a waiver or estoppel of Kinsale's right to rely upon any of the terms, conditions, or exclusions in the Policies. To be clear, Kinsale has not made a final determination regarding the existence or extent of coverage available to MMG in connection with this Incident.

Notwithstanding Kinsale's reservation of rights, it is imperative that you provide a copy of any future correspondence, demand, or lawsuit regarding the Incident so that Kinsale can properly evaluate its obligations under the Policies. Also, if you believe that any of the facts alleged or described in this letter are incorrect, or if there is any additional information that you believe is relevant to Kinsale's analysis, please let us know immediately.

Finally, should you have any questions or wish to discuss any aspect of this matter, do not hesitate to contact me. I may be reached directly at 804-206-2291 or by e-mail at Sarah.Zacharias@kinsaleins.com.

Sincerely,

Sarah Zacharias
Claims Counsel
Kinsale Insurance Company

Lotus Lake Group LLC Delta Realty Group LLC
10/25/2024
**Page 14** of **14**

### Applicable in California

For your protection, California law requires the following to appear on this form: Any person who knowingly presents false or fraudulent information to obtain or amend insurance coverage or to make a claim for the payment of a loss is guilty of a crime and may be subject to fines and confinement in state prison

If you believe this claim has been wrongfully disclaimed or rejected, pursuant to the California Code of Regulations, Title 10, Chapter 5, Subchapter 7.5: Fair Claims Settlement Practices Regulations, you may have this matter reviewed by the California Department of Insurance, located at 300 South Spring Street, Los Angeles, CA 90013. The phone number is 800-927-4357 or 213-346-6464

# EXHIBIT B



**02/07/2025**

Sent Via
     Regular Mail
     Email

MMG Management, LLC
Attention: Michelle Clark
7742 Spalding Drive, #133
Norcross GA  30350
mclark@mmgmgt.com

Sent Via
     Regular Mail
     Email

MMG Management, LLC c/o O'Daniel McDonald
Attention: Graham McDonald
9040 Roswell Rd., Suite 500
Atlanta GA  30350
gmcdonald@odmclaw.com

|  |  |
|---|---|
| **Re:** | **Acknowledgment of Complaint and Reservation of Rights** |
| **Named Insured** | Lotus Lake Group LLC |
| **Policy Numbers** | 0100269194-0 ("Primary Policy"); |
| | 0100255487-0 ("Excess Policy") |
| **Policy Periods** | November 12, 2023 – November 12, 2024 (Primary Policy) |
| | August 23, 2023 – November 12, 2024 (Excess Policy) |
| **Claimant** | Estate of Demarious Brown |
| **Complaint** | *Shenisha Moore, as parent of D.B., a minor, and Bettey Lester, as Administrator of the Estate of Demarious Brown v. Lotus Lake Group, LLC, and MMG Management, LLC* |
| **Venue** | Gwinnett County, Georgia |
| **File No.** | 00052679 |
| **Loss Date** | July 13, 2024 |
| **Loss Location** | The Grey Parc of Macon Apartments, 2275 Gray Highway, Macon, GA |

Dear Ms. Clark and Mr. McDonald,

I write on behalf of Kinsale Insurance Company ("Kinsale"), which issued Commercial General Liability Policy

---

Lotus Lake Group LLC Delta Realty Group LLC
02/07/2025
**Page 2** of **15**

No. 0100269194-0 (the "Primary Policy") for the Policy Period from November 12, 2023, to November 12, 2024, and Excess Liability Coverage Policy No. 0100255487-0 (the "Excess Policy") for the Policy Period from August 23, 2023, to November 12, 2024, to Lotus Lake Group LLC ("Lotus Lake").

On or about October 25, 2024, Kinsale issued an Acknowledgement of Claim and Reservation of Rights to MMG Management LLC ("MMG") regarding the pre-suit investigation of the July 13, 2024, shooting death of Demarious Brown (the "Decedent") at the Grey Parc of Macon Apartments, 2275 Gray Highway, Macon, GA 31211 (the "Property"). It is Kinsale's understanding that subsequently, on or about December 26, 2024, MMG was served with a complaint in reference to the Incident, styled Shenisha Moore, as parent of D.B., a minor, and Bettey Lester, as Administrator of the Estate of Demarious Brown v. Lotus Lake Group, LLC, and MMG Management, LLC; Civil Action No: 24-C-12140-S5; State Court of Gwinnett County, Georgia (the "Complaint," "lawsuit," or "suit").

Twenty-five days later, on January 21, 2025, Kinsale received notice of the above-referenced Complaint from Graham McDonald, MMG's counsel. Kinsale has reviewed the Complaint in comparison with the terms and conditions of the Policies.

The purpose of this letter is to advise you that Kinsale will defend MMG under the policies issued by Kinsale to Lotus Lake as the Named Insured but under a complete reservation of rights. Kinsale is issuing this reservation of rights letter to MMG to advise that there are significant questions regarding the existence of coverage. For the reasons set forth below in detail, there appears to be no coverage. Nonetheless, Kinsale agrees to handle this matter for MMG under a complete reservation of rights.

If you have not done so already, we strongly recommend you tender this matter to any other insurer that might provide MMG with coverage for the alleged shooting death of the Decedent. When you tender this matter, you should consider any other parties or entities that may owe contractual indemnification or additional insured coverage to MMG, including security guard companies or any other contractors that provided services to MMG.

I.         **The Complaint**

Set forth below is Kinsale's understanding of the facts.

Shenisha Moore, as Parent of D.B (minor), and Betty Lester, as Administrator of the Estate of Demarious Brown (collectively "Plaintiffs") filed the instant lawsuit against Lotus Lake and MMG (collectively "Defendants"). Plaintiffs allege that on July 13, 2024, the Decedent was a resident and lawful invitee on the Property when he was shot and killed by an unknown assailant. Decedent allegedly left his apartment that morning to walk his dog. During that walk, a masked intruder entered Decedent's apartment armed with a firearm. When Decedent returned from the walk, he was ambushed by the intruder. The intruder shot Decedent in the head, killing him. (These events are referred to collectively as the "Incident" throughout this letter.)

Defendants allegedly had supervisory control over the Property; supervisory control and authority over employees, contractors, and others at the Property; and were aware of, and had reasonable opportunity to be aware of, the frequency and types of criminal and unsafe activity occurring at the Property.

Plaintiffs assert three causes of action against MMG. Count I – Negligent Security; Count II – Maintaining a Nuisance; Count III – Negligent Hiring, Training, Entrustment, Supervision, and Retention.

Lotus Lake Group LLC Delta Realty Group LLC
02/07/2025
**Page 3** of **15**

Plaintiffs seek damages, including but not limited to personal injuries; pain and suffering; mental anguish, fright, shock, and terror; future lost wages and earning capacity; the full value of the life of Decedent; consequential damages; and punitive damages. The request for punitive damages alleges that Defendants acted with willful misconduct, wantonness and/or entire want of care raising the presumption of a conscious indifference to the consequences of their conduct that directly and proximately caused the Decedent's death. Moreover, Plaintiffs seek attorney's fees and expenses pursuant to statute. Plaintiffs further demand trial by jury.

This is not intended to be a complete recitation of the facts and allegations of the Complaint but merely a summary. MMG should refer to the actual Complaint filed for a complete account. By discussing the allegations contained in the Complaint, Kinsale does not imply that they are true or have merit. If you believe that any of these facts are incorrect, please let us know immediately.

**II.        The Policies**

Kinsale issued Commercial General Liability Policy No. 0100269194-0 (the "Primary Policy") for the Policy Period from November 12, 2023, to November 12, 2024, and Excess Liability Coverage Policy No. 0100255487-0 (the "Excess Policy") for the Policy Period from August 23, 2023, to November 12, 2024, to the named insureds Lotus Lake Group LLC and Delta Realty Group LLC. The Primary Policy provides certain coverage, subject to certain terms, conditions, and exclusions, and subject to a $1,000,000 per-occurrence limit, a $2,000,000 aggregate limit, and a $5,000 per-occurrence deductible. The Excess Policy provides certain coverage, subject to certain terms, conditions, and exclusions, and subject to a $2,000,000 per-occurrence and aggregate limit.

**III.       Reservation Of Rights And Coverage Issues**

Based on the information available to us, Kinsale identifies the following provisions in the Policies, which may apply to limit or preclude coverage for the Incident. Kinsale reserves the right to rely upon or assert coverage defenses arising from any of the terms, conditions, limitations, and exclusions in the Policies, including those not specifically discussed in this letter. Nothing in this letter is intended to be, nor should be construed to constitute, a waiver or estoppel of any of the provisions in the Policies, whether or not discussed here, or of Kinsale's rights under applicable law.

**A.        Insuring Agreement**

The Primary Policy's insuring agreement provides:

We will pay those sums that the insured becomes legally obligated to pay as damages because of "bodily injury" or "property damage" to which this insurance applies. We will have the right and duty to defend the insured against any "suit" seeking those damages. However, we will have no duty to defend the insured against any "suit" seeking damages for "bodily injury" or "property damage" to which this insurance does not apply. We may, at our discretion, investigate any "occurrence" and settle any claim or "suit" that may result. But:

(1)    The amount we will pay for damages is limited as described in Section III – Limits of Insurance; and

(2)    Our right and duty to defend ends when we have used up the applicable limit

Lotus Lake Group LLC Delta Realty Group LLC
02/07/2025
**Page 4** of **15**

of insurance in the payment of judgments or settlements under Coverages A or B or medical expenses under Coverage C.

Primary Policy, CG 00 01 04 13, p. 1 of 16.

The Excess Policy's insuring agreement provides:

We will pay on behalf of the Named Insured those sums in excess of the "underlying insurance" that you have become legally obligated to pay as damages because of injury or property damage to which this insurance applies, provided that the damages would be covered by the "underlying insurance(s)", but for the exhaustion of the applicable Limits of Insurance.

The policy shall follow the terms, definitions, conditions and exclusions of the "primary insurance" and of any other "underlying insurance" only to the extent coverage is further limited or restricted by the terms and conditions of such other "underlying insurance"; subject always to the policy period, policy limits, premiums and all other terms, definitions, conditions and exclusions of this policy. If any provisions of the "underlying insurance" conflict with any provisions of this policy, the provisions of this policy will apply.

This policy will not, in any event, provide broader coverage than that provided by the "underlying insurance".

The amount we will pay for damages shall not exceed the Limits of Insurance stated in Item 1 of the Declarations.

Excess Policy, CAX0001 0817, p. 1 of 11. As a threshold issue, the applicable limits of the Primary Policy have not yet been exhausted. Therefore, the Excess Policy has not yet been triggered. Moreover, to the extent that the shooting involved in the Incident does not constitute an "occurrence," Kinsale reserves its rights to limit or deny coverage under the Policies accordingly.

**B.        Other Insurance**

The Policies contain Other Insurance provisions that state as follows:

Primary Policy, **SECTION IV – COMMERCIAL GENERAL LIABILITY CONDITIONS**

**4.  Other Insurance**

If other valid and collectible insurance is available to the insured for a loss we cover under Coverages A or B of this Coverage Part, our obligations are limited as follows:

**a.  Primary Insurance**

This insurance is primary except when Paragraph b. below applies. If this insurance is primary, our obligations are not affected unless any of the other insurance is also primary. Then, we will share with all that other insurance by the method described in Paragraph c. below.

---

Lotus Lake Group LLC Delta Realty Group LLC
02/07/2025
**Page 5** of **15**

 

**b. Excess Insurance**

    (1)  This insurance is excess over:

        (a)    Any of the other insurance, whether primary, excess, contingent or on any other basis:

            (i)    That is Fire, Extended Coverage, Builder's Risk, Installation Risk or similar coverage for "your work";

            (ii)   That is Fire insurance for premises rented to you or temporarily occupied by you with permission of the owner;

            (iii)  That is insurance purchased by you to cover your liability as a tenant for "property damage" to premises rented to you or temporarily occupied by you with permission of the owner; or

            (iv)  If the loss arises out of the maintenance or use of aircraft, "autos" or watercraft to the extent not subject to Exclusion g. of Section I – Coverage A – Bodily Injury And Property Damage Liability.

        (b)    Any other primary insurance available to you covering liability for damages arising out of the premises or operations, or the products and completed operations, for which you have been added as an additional insured.

    (2)  When this insurance is excess, we will have no duty under Coverages A or B to defend the insured against any "suit" if any other insurer has a duty to defend the insured against that "suit". If no other insurer defends, we will undertake to do so, but we will be entitled to the insured's rights against all those other insurers.

    (3)  When this insurance is excess over other insurance, we will pay only our share of the amount of the loss, if any, that exceeds the sum of:

        (a)    The total amount that all such other insurance would pay for the loss in the absence of this insurance; and

        (b)    The total of all deductible and self-insured amounts under all that other insurance.

    (4)  We will share the remaining loss, if any, with any other insurance that is not described in this Excess Insurance provision and was not bought specifically to apply in excess of the Limits of Insurance shown in the Declarations of this Coverage Part.

**c. Method Of Sharing**

    If all of the other insurance permits contribution by equal shares, we will follow this method also. Under this approach each insurer contributes equal amounts until it has paid its applicable limit of insurance or none of the loss remains, whichever comes first.

Lotus Lake Group LLC Delta Realty Group LLC
02/07/2025
**Page 6** of **15**

If any of the other insurance does not permit contribution by equal shares, we will contribute by limits. Under this method, each insurer's share is based on the ratio of its applicable limit of insurance to the total applicable limits of insurance of all insurers.

\*\*\*

CG 00 01 04 13, p. 12 of 16.

For its part, the Excess Policy provides:

SECTION V – CONDITIONS

\*\*\*

**2. Other Insurance**

This insurance is excess over any other valid and collectible insurance whether primary, excess, contingent, or any other basis, except any other insurance written specifically to be excess over this policy.

CAX0001 0817, p. 7 of 11.

To the extent that either or both of such Other Insurance provisions apply, Kinsale reserves its rights accordingly. By reserving its rights under the Policies, Kinsale does not thereby waive, and is not estopped from asserting, that it applies only in excess of other insurance available to MMG.

**C.        Exclusion – Assault and Battery**

The Primary Policy contains an Assault and Battery exclusion, which in part states:

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

**EXCLUSION – ASSAULT AND BATTERY**

**This endorsement modifies insurance provided under the following:**

**COMMERCIAL GENERAL LIABILITY COVERAGE**

The following exclusion is added to this Policy:

This insurance does not apply to any claim or "suit" for "bodily injury", "property damage" or "personal and advertising injury" arising out of, related to, or, in any way involving any actual or alleged assault, battery, harmful or offensive contact, or threat, whether provoked or unprovoked. This exclusion includes but is not limited to:

1.  The prevention or suppression, or the failure to suppress or prevent any assault, battery, harmful or offensive contact, or threat;

Lotus Lake Group LLC Delta Realty Group LLC
02/07/2025
**Page 7** of **15**

2. The failure to provide an environment safe from any assault, battery, harmful or offensive contact, or threat, or the failure to warn of the dangers of the environment that could contribute to any assault, battery, harmful or offensive contact, or threat;

*** 

8. Any assault, battery, harmful or offensive contact, or threat, whether caused by, or at the instigation, instruction, direction, or due to the negligence of the insured, the insured's employees, agents, patrons, customers, or any other person arising from any causes whatsoever; or

9. The negligent hiring, employment, training, supervision, or retention of any employee or agent of any insured with respect to items 1. through 8. above.

This exclusion applies regardless of fault or intent and regardless of the particular cause of action.

This exclusion applies to any claim or "suit" regardless of whether assault, battery, harmful or offensive contact, or threat is the initial precipitating cause or is in any way a cause, and regardless of whether any other actual or alleged cause contributed concurrently, proximately, or in any sequence, including whether any actual or alleged "bodily injury", "property damage", or "personal and advertising injury" arises out of a chain of events that includes any assault, battery, harmful or offensive conduct.

Primary Policy, CAS3002 1016.

And for its part, the Excess Policy contains an Assault, Battery, Abuse, or Molestation exclusion, which in part states:

### THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.

### EXCLUSION – ASSAULT, BATTERY, ABUSE, OR MOLESTATION

**This endorsement modifies insurance provided under the following:**

**COMMERCIAL EXCESS LIABILITY COVERAGE**

The following exclusion is added to this Policy:

This insurance does not apply to any claim or suit for bodily injury or property damage, or any other injury or damage, arising out of, related to, or in any way involving any actual or alleged assault, battery, abuse, or molestation. Assault, battery, abuse, or molestation includes, but is not limited to, any conduct, physical act, gesture, sexual contact (whether or not consensual), sexual molestation, sexual or physical assault or battery, sexual abuse, sexual harassment or exploitation, harmful, unwanted or offensive contact, or spoken or written words of a sexual or physically violent nature, whether provoked or unprovoked.

This exclusion includes but is not limited to:

a. The prevention or suppression of, or the failure to suppress or prevent any assault, battery, abuse, or

---

Lotus Lake Group LLC Delta Realty Group LLC
02/07/2025
**Page 8** of **15**

molestation;

b.  The failure to provide an environment safe from any assault, battery, abuse, or molestation, or the failure to warn of the dangers of the environment that could contribute to any assault, battery, abuse, or molestation;

\*\*\*

h.  Any assault, battery, abuse, or molestation, whether caused by, or at the instigation, instruction, direction, or due to the negligence of the insured, the insured's employees, agents, patrons, customers, or any other person arising from any causes whatsoever; or

i.  The negligent hiring, employment, training, supervision, or retention of any employee or agent of any insured with respect to items a. through h. above.

This exclusion applies regardless of fault or intent and regardless of the particular cause of action.

This exclusion applies to any claim or suit regardless of whether assault, battery, abuse, or molestation is the initial precipitating cause or is in any way a cause, and regardless of whether any other actual or alleged cause contributed concurrently, proximately, or in any sequence, including whether any actual or alleged bodily injury or property damage, or any other injury or damage, arises out of a chain of events that includes any assault, battery, abuse, or molestation.

Excess Policy, CAX3178 0322.

Here, the facts indicate that the Decedent was shot while at the Property. To the extent that the Incident arose out of an actual or alleged assault, battery, harmful, or offensive contact, threat, abuse, or molestation, Kinsale respectfully reserves its right to limit or deny coverage pursuant to the Primary Policy's Assault and Battery Exclusion and the Excess Policy's Assault, Battery, Abuse, and Molestation Exclusion.

D.        **Absolute Exclusion – Firearms**

The Excess Policy includes a Firearms Exclusion, which, in part reads:

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

**ABSOLUTE EXCLUSION – FIREARMS**

**This endorsement modifies insurance provided under the following:**

**COMMERCIAL EXCESS LIABILITY COVERAGE**

This insurance does not apply to any claim or suit arising directly or indirectly out of, related to, or in any way involving the use of any firearm.

This exclusion applies to any claim or suit regardless of whether the use of a firearm is the initial precipitating cause or is in any way a cause of bodily injury, property damage, personal and advertising injury or any other injury or damage and

Lotus Lake Group LLC Delta Realty Group LLC
02/07/2025
**Page 9** of **15**

regardless of whether any other actual or alleged cause contributed concurrently, proximately, or in any sequence, including whether any actual or alleged bodily injury, property damage, personal and advertising injury or other injury or damage, arises out of a chain of events that involves or includes the use of a firearm at any point.

This exclusion applies regardless of intent and regardless of the particular cause of action asserted including, but not limited to, negligence or other wrongdoing in:

1. The prevention or suppression, or failure to prevent or suppress, any such act or incident;

2. The insured's actual or alleged negligent employment, supervision, hiring, training, or retention of any employee, independent contractor, or any other person or organization;

3. Reporting or failure to report to the proper authorities any act or incident involving the use of a firearm;

4. Conducting or failing to conduct an investigation or background check; or

5. Providing or failing to provide first aid or medical treatment for any injury arising out of the use of a firearm.

Excess Policy, CAX3162 1121, p. 1 of 1.

Here, the Plaintiff alleges the Decedent was shot. To the extent that the Incident involved the use of a firearm, Kinsale respectfully reserves its right to limit or deny coverage pursuant to the Excess Policy's Firearm Exclusion.

E.        **Exclusion – Expected or Intended Injury**

The Policies include an Expected or Intended Injury Exclusion, which states in part:

2. Exclusions

This insurance does not apply to:

a.        Expected or intended Injury


"Bodily injury" or "property damage" expected or intended from the standpoint of the insured. This exclusion does not apply to "bodily injury" resulting from the use if reasonable force to protect persons or property.

Primary Policy, CG 00 01 04 13, p. 2 of 16.

---

**Kinsale Insurance Company | Claim Department**
P.O. Box 17008, Richmond, VA 23226 | (804) 289-1300 phone | (804) 482-2762 fax | newclaimnotices@kinsaleins.com email

Lotus Lake Group LLC Delta Realty Group LLC
02/07/2025
**Page 10** of **15**

Please also note for purposes of Primary Policy CAS3002 1016 Exclusion – Assault and Battery endorsement, 2. Exclusions, item a. Expected or Intended Injury is deleted and replaced with the following:

"Bodily injury" or "property damage" expected or intended from the standpoint of the insured.

To the extent that the Incident was expected or intended from the standpoint of an insured, Kinsale respectfully reserves its right to limit or deny coverage accordingly.

F.        **Exclusion – Medical Payments**

The Policies include a Medical Payments Exclusion, which states in part:

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**
**EXCLUSION – MEDICAL PAYMENTS**

**This endorsement modifies insurance provided under the following:**

**COMMERCIAL LIABILITY COVERAGE**

**SECTION I – COVERAGES, COVERAGE C – MEDICAL PAYMENTS**  and all references to it are deleted in their entirety and not replaced.

Primary Policy, CAS3009 0110. To the extent that the Decedent's estate asserts a claim for payment of medical expenses in connection with the Incident, Kinsale respectfully reserves its right to limit or deny coverage accordingly.

G.        **Exclusion – Contractual Liability**

The Policies also include a Contractual Liability exclusion, which states in part:

2. Exclusions

This insurance does not apply to:

          ***

b.        Contractual Liability

"Bodily Injury" or "property damage" for which the insured is obligated to pay damages by reason of the assumption of liability in a contract or agreement. This exclusion does not apply to liability for damages:

(1)    That the insured would have in the absence of the contract or agreement; or

(2)    Assumed in a contract or agreement that is an "insured contract", provided the "bodily injury" or "property damage" occurs subsequent to the execution of the

Lotus Lake Group LLC Delta Realty Group LLC
02/07/2025
**Page 11** of **15**

contract or agreement. Solely for the purposes of liability assumed in an "insured contract", reasonable attorneys' fees and necessary litigation expenses incurred by or for ap arty other than an insured are deemed to be damages because of "bodily injury" or "property damage", provided:

(a)   Liability to such party for, or for the cost of, that party's defense has also been assumed in the same "insured contract"; and

(b)   Such attorney's fees and litigation expenses are for defense of that party against a civil or alternative dispute resolution proceeding in which damages to which this insurance applies are alleged.

Primary Policy, CG 00 01 04 14, p. 2 of 16. To the extent that MMG becomes obligated to pay damages as a result of an assumption of liability in a contract or agreement, Kinsale respectfully reserves its right to limit or deny coverage pursuant to the Policies' Contractual Liability Exclusion.

**H.**        **Duties in the Event of Occurrence, Offense, Claim or Suit**

The Primary Policy includes a Duties in the Event of Occurrence, Offense, Claim or Suit provision which states:

2. Duties in the Event of Occurrence, Offense, Claim or Suit

a.     You must see to it that we are notified as soon as practicable of an "occurrence" or an offense which may result in a claim. To the extent possible, notice should include:

(1)     How, when and where the "occurrence" or offense took place;

(2)     The names and addresses of any injured persons and witness; and

(3)     the nature and location of any injury or damage arising out of the occurrence or offense.

b.     If a claim is made or "suit" is brought against any insured, you must:

(1)     Immediately record the specifics of the claim or "suit" and the date received; and

(2)     Notify us as soon as practicable.

You must see to it that we receive written notice of the claim or "suit" a soon as practicable.

c.     You and any other involved insured must:

(1)     Immediately send us copies of any demands, notices, summonses or legal papers received in connection with the claim or "suit" . . . .

Lotus Lake Group LLC Delta Realty Group LLC
02/07/2025
**Page 12** of **15**

Primary Policy CG 00 01 04 13, p. 11 of 16. To the extent that this occurrence, offense, or claim, which occurred in July 2024 and was first communicated to Kinsale in September 2024, was not reported to Kinsale as soon as practicable, Kinsale respectfully reserves the right to deny or limit coverage pursuant to the Policies' conditions precedent to coverage. Additionally, to the extent that MMG was served with the Plaintiffs' Complaint on December 26, 2024, and did not notify Kinsale of the lawsuit until January 21, 2025, Kinsale respectfully reserves the right to deny or limit coverage pursuant to the Policies' conditions precedent to coverage.

    **I.**             **Policy Amendment – Extrinsic Evidence**

The Primary and Excess Policies both include an Extrinsic Evidence Amendment, which reads in part:

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

**POLICY AMENDMENT - EXTRINSIC EVIDENCE**

    **This endorsement modifies insurance under the following:**

    **ALL COVERAGE FORMS**

    Notwithstanding any provision of this Policy to the contrary, all Insuring Agreements in all Coverage Forms, Coverage Sections, Coverage Parts, or endorsements included in this Policy are amended by adding the following:

        Our right and duty to defend or indemnify the insured against any claim or suit will be determined by review of the facts and allegations pleaded and the terms of this Policy, and we may look to and consider extrinsic evidence outside of the allegations, facts pleaded, or any combination thereof by any claimant to determine whether we owe a duty to defend or indemnify against any such claim or suit.

Policies, ADF2000 0622, p. 1 of 1. To the extent that evidence extrinsic to any claim or suit against MMG arising from the Incident, or the allegations of that complaint, show that there is no coverage under the Policies, Kinsale respectfully reserves its rights to deny any duty to defend or indemnify MMG against the lawsuit.

    **J.**             **Additional Policy Exclusions – Duty to Defend Exclusion**

The Primary Policy includes a Duty to Defend Exclusion, which reads in part:

**ADDITIONAL POLICY EXCLUSIONS**

\*\*\*

**Duty to Defend Exclusion**

    Where there is no coverage under this Policy, there is no duty to defend.

---

Lotus Lake Group LLC Delta Realty Group LLC
02/07/2025
**Page 13** of 15

Primary Policy, CAS3043 0621, p. 2 of 3. Should coverage be precluded or limited by any other provision of the Primary Policy, including but not limited to the provisions included in this letter, Kinsale respectfully reserves the right to disclaim or limit coverage pursuant to the Duty to Defend Exclusion.

### K.    Exclusion – Punitive Damages

The Excess Policy contains a Punitive Damages Exclusion, which states in part:

#### THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.

#### EXCLUSION- PUNITIVE DAMAGES

**This endorsement modifies insurance provided under the following:**

**COMMERCIAL EXCESS LIABILITY COVERAGE**

The following exclusion is added to this policy:

This insurance does not apply to any claim or suit for any punitive or exemplary damages, fines or penalties arising out of injury or damage.

Excess Policy, CAX3045 0110, p. 1 of 1. To the extent that the lawsuit arising from the Incident seeks punitive damages, Kinsale reserves its right to limit or preclude coverage pursuant to the Excess Policy's Punitive Damages Exclusion.

## IV.    <u>COMPLETE RESERVATION OF RIGHTS</u>

This letter is not a denial of coverage. However, Kinsale reserves all rights under the Policies and applicable law as outlined herein. Among the rights reserved, Kinsale reserves the right to limit or deny coverage pursuant to the Policies' respective terms, conditions, or exclusions, including pursuant to provisions in the Policies not expressly discussed in this letter. Please read the complete Policies for their respective terms, conditions, and exclusions.

Kinsale's reservation of rights for this matter also includes the right to investigate, deny coverage in part or in whole, seek a judicial determination of coverage, intervene in any suit against MMG to seek a verdict allocating between covered and non-covered amounts, to seek reimbursement or recoupment of attorneys' fees and costs from any other insurance available to you, to seek reimbursement or recoupment of any non-covered attorneys' fees and costs, and/or to withdraw its defense of MMG. Kinsale further reserves the right to supplement or amend this reservation of rights letter.

Subject to this complete reservation of rights under the Policies and applicable law, Kinsale will elect to exercise its right under the Primary Policy to appoint defense counsel to act on MMG's behalf in connection with Complaint. Specifically, Kinsale will appoint attorney David Hayes with the law firm Bendin Sumrall & Ladner, LLC. His contact information is as follows:

<div align="center">

David Hayes, Esquire
Bendin Sumrall & Ladner, LLC
One Midtown Plaza

</div>

Lotus Lake Group LLC Delta Realty Group LLC
02/07/2025
**Page 14** of **15**

1360 Peachtree Street, N.E. Suite 800
Atlanta, GA 30309
404-671-3100
dhayes@bsllaw.net

If you do not consent to this appointment of defense counsel, please let us know immediately. **If we do not hear from you within one week of the date of this letter, Kinsale will understand that MMG does not object to, and consents to, the appointment.**

This letter is based on the facts and information made available to Kinsale to date, along with the Policies and applicable law. Nothing in this letter, or Kinsale's continuing evaluation of this matter, or actual or possible payment(s) of any portion of any future claim, claim expenses, or defense costs shall constitute a waiver or estoppel of Kinsale's right to rely upon any of the terms, conditions, or exclusions in the Policies. To be clear, Kinsale has not made a final determination regarding the existence or extent of coverage available to MMG in connection with this Incident.

Notwithstanding Kinsale's reservation of rights, it is imperative that you provide a copy of any future correspondence, demand, or lawsuit regarding the Incident so that Kinsale can properly evaluate its obligations under the Policies. Also, if you believe that any of the facts alleged or described in this letter are incorrect, or if there is any additional information that you believe is relevant to Kinsale's analysis, please let us know immediately.

Should you have any questions, or have additional information you wish to submit to Kinsale, I may be reached directly at 804-206-2292 or by e-mail at Brooke.Isbell@kinsaleins.com.

Sincerely,

Brooke Isbell
Claims Examiner
Kinsale Insurance Company

### Applicable in California

For your protection, California law requires the following to appear on this form: Any person who knowingly presents false or fraudulent information to obtain or amend insurance coverage or to make a claim for the payment of a loss is guilty of a crime and may be subject to fines and confinement in state prison.

If you believe this claim has been wrongfully disclaimed or rejected, pursuant to the California Code of Regulations, Title 10, Chapter 5, Subchapter 7.5: Fair Claims Settlement Practices Regulations, you may have this matter reviewed by the California Department of Insurance, located at 300 South Spring Street, Los Angeles, CA 90013. The phone number is 800-927-4357 or 213-346-6464.

Sent Via

---

Lotus Lake Group LLC Delta Realty Group LLC
02/07/2025
**Page 15** of **15**

                Email

CC:    Bendin Sumrall & Ladner, LLC
         David Hayes, Esquire
         dhayes@bsllaw.net

# EXHIBIT C

**From:** Graham McDonald <gmcdonald@odmclaw.com>
**Date:** Wednesday, August 6, 2025 at 5:13 PM
**To:** James M. Bauer <jbauer@fieldshowell.com>
**Cc:** Will Keegan <wkeegan@fieldshowell.com>, Brandon Gossett
<bgossett@fieldshowell.com>
**Subject:** Re: Kinsale v. MMG Management, LLC et al (Estate of Demarious Brown) -
NDGA 1:25-cv-03949-SCG

Jim,

In further follow up to our call, please see the 7/7/25 email below from Karl
Moses with Kinsale.

Please confirm ASAP if Kinsale is instead agreeing to continue to provide
MMG with a defense during the pendency of its dec action.

Thank you

Graham E. McDonald
O'Daniel | McDonald
9040 Roswell Rd., Ste. 500
Atlanta, GA 30350
Ph: 404-419-6300
gmcdonald@odmclaw.com
www.odmclaw.com


> **From:** "Moses, Karl" <Karl.Moses@kinsaleins.com>
> **Date:** July 7, 2025 at 10:01:09 AM EDT
> **To:** "Byrd, Chris" <CByrd@wwhgd.com>
> **Subject: RE: Estate of Damarious Brown v. MMG (Kinsale #
> 52679) - Update: Co-defendant settlement and offer to negotiate**


> This Message originated outside your organization.

> Good morning Chris,

As you are aware, Kinsale has reached an agreement for a limited liability release with the Plaintiff's for its combined primary and excess policy limits. Once this settlement is finalized, Kinsale will provide carriers for MMG 30 days to pick up the defense of MMG before ending our defense of MMG. We will issue a letter once the settlement is finalized which will start the 30-day timeline; in advance of this could you please be sure to get all of your relevant bills into LegalX so we can make sure your work on this to date is accurately captured?

Thanks,

**Karl A. Moses, Jr.**
**Claims Counsel**
_____

(804) 956-2334 office
(804) 673-5697 facsimle
karl.moses@kinsaleins.com | kinsaleins.com

Kinsale Insurance Company
2035 Maywill Street, Suite 100
Richmond, VA 23230

---

**From:** Graham McDonald <gmcdonald@odmclaw.com>
**Date:** Wednesday, August 6, 2025 at 4:51 PM
**To:** James M. Bauer <jbauer@fieldshowell.com>
**Cc:** Will Keegan <wkeegan@fieldshowell.com>, Brandon Gossett <bgossett@fieldshowell.com>
**Subject:** Re: Kinsale v. MMG Management, LLC et al (Estate of Demarious Brown) - NDGA 1:25-cv-03949-SCG

Jim,

Thanks for the call just now.

And thank you for agreeing to grant MMG a 14-day unqualified extension

# EXHIBIT D

Docusign Envelope ID: F14D7402-80DE-4ACD-94AB-CE79F40B9A2E

## LIMITED LIABILITY RELEASE

**SHENISHA MOORE, AS PARENT OF D.B., A MINOR, AND BETTY LESTER, AS ADMINISTRATOR OF THE ESTATE OF DEMARIOUS BROWN** (the "Undersigned") for and in consideration of the payments outlined below totaling THREE MILLION and 00/100 DOLLARS ($3,000,000.00), paid to the parties set forth below, and the sufficiency of which is hereby acknowledged, do hereby acquit, remise, release, and forever discharge **Kinsale Insurance Company** (the "Insurer") with regard to Policy Nos. 0100269194-0 and 0100255487-0, and do hereby acquit, remise, release, and forever discharge **Lotus Lake Group, LLC** (the "Limited Liability Releasee"), except to the extent other insurance coverage is available which covers the claim or claims of the Undersigned against the Limited Liability Releasee, from any and all claims, demands, rights, and causes of action relating to the bodily injuries of Demarious Brown and/or the Undersigned, including all known and unknown bodily injuries, personal injuries, and/or the death of Demarious Brown, all economic, personal, physical, and emotional damage of the Undersigned, and all hospital bills, doctor bills, drug bills, funeral expenses, burial expenses, and other medical expenses that belong to Demarious Brown and/or the Undersigned on account of or in any way resulting from the accident, casualty, or event which occurred on or about July 13, 2024 (the "Incident").

In consideration of the release set forth above, the Insurer, on behalf of the Limited Liability Releasee, agrees to make the below up-front payments by check and to fund the below future periodic payments by check.

1.      The upfront payments will be made as follows:

$901,250.00 to Mickelsen Dalton LLC, mailed to 25 Society Street, Charleston, SC, 29401.

$750,000.00 to the Estate of Demarious Brown and W. Calvin Smith, II, Attorney at Law, mailed to 3560 Lenox Road NE, Suite 3020, Atlanta, GA

1

30326.

$26,500.00 paid to Legacy Enhancement Trust f/b/o Demarious Brown, Jr., inclusive of $1,500.00 as a one-time setup fee.

2.  The future periodic payments (the "Periodic Payments") will be made according to the following schedule and will be funded by the Insurer via issuance of a check in the amount of $1,322,250.00 payable to MetLife Assignment Company, Inc.:

Payee: Legacy Enhancement Trust fbo Demarious Brown, Jr.

$10,832.56 paid monthly for 12 years guaranteed, beginning on December 14, 2030. The last guaranteed payment will be made on November 14, 2042.

$70,000.00 paid annually for 5 years guaranteed, beginning on December 14, 2030. The last guaranteed payment will be made on December 14, 2034.

$50,000.00 paid as a guaranteed lump sum on December 14, 2033.
$100,000.00 paid as a guaranteed lump sum on December 14, 2037.
$180,454.13 paid as a guaranteed lump sum on December 14, 2042.

Kinsale Insurance Company agrees to make the above payments totaling $3,000,000 within 30 days of the execution of this Limited Liability Release by both of the Undersigned, measured by the date of the last signature received by the Insurer and/or its counsel for this matter and when the Insurer has all necessary tax documents to effectuate same.

All sums set forth herein constitute damages on account of personal physical injuries or physical sickness, within the meaning of Section 104(a)(2) of the Internal Revenue Code of 1986, as amended.

The Undersigned acknowledges that the Periodic Payments cannot be accelerated, deferred, increased or decreased by the Undersigned or any Payee; nor shall the Undersigned or any Payee have the power to sell, mortgage, encumber, or anticipate the Periodic Payments, or any part thereof, by assignment or otherwise.

Any Periodic Payments to be made after the death of Demarious Brown, Jr. shall be made to his Estate. After the age of majority, Demarious Brown, Jr. may submit a change of beneficiary in

2

Docusign Envelope ID: F14D7402-80DE-4ACD-94AB-CE79F40B9A2E

writing to the Assignee defined below. The designation must be in a form acceptable to the Assignee.

The Undersigned acknowledges and agrees that the Insurer will make a "qualified assignment," within the meaning of Section 130(c) of the Internal Revenue Code of 1986, as amended, of the Insurer's liability to make the Periodic Payments to MetLife Assignment Company, Inc. (the "Assignee"). The Assignee's obligation for payment of the Periodic Payments shall be no greater than that of the Insurer (whether by judgment or agreement) immediately preceding the assignment of the Periodic Payments obligation.

Such assignment shall be accepted by the Undersigned and any Payee without right of rejection and shall completely release and discharge the Limited Liability Releasee and the Insurer from the Periodic Payments obligation assigned to the Assignee. The Undersigned and any Payee recognize that the Assignee shall be the sole obligor with respect to the Periodic Payments obligation, and Undersigned agrees that such assignment shall constitute a full release and discharge of all of the Limited Liability Releasee's and Insurer's obligations relative to the Periodic Payments set forth above. The Undersigned recognize and agree that neither the Insurer nor the Limited Liability Releasee has any duty to make or otherwise effectuate, or compel the Assignee to effectuate, the Periodic Payments. The Insurer's obligations under this Limited Liability Release are satisfied upon delivery of the payment of the upfront payments and funding and assignment of the Periodic Payments.

The Assignee reserves the right to fund the liability to make the Periodic Payments through the purchase of an annuity policy from Metropolitan Tower Life Insurance Company (the "Annuity Issuer"). The Assignee shall be the sole owner of the annuity policy and shall have all rights of ownership. The Assignee may have the Annuity Issuer mail payments directly to the Payee. The Undersigned shall be responsible for maintaining a current mailing address for the Payee with the Assignee.

The obligation of the Assignee to make each Periodic Payment shall be discharged upon the

mailing of a valid check in the amount of such payment to the designated address of the Payee named in Section 2 of this Limited Liability Release.

Other than the insurance policies identified above, this Limited Liability Release does not apply to any other policy or policies issued by Kinsale Insurance Company to the Limited Liability Releasee or otherwise. Other than the insurance policies identified above, this Limited Liability Release does not affect any claims or entitlements to benefits that the Undersigned have against any person or entity other than Lotus Lake Group, LLC, including but not limited to the Undersigned's claim against MMG Management, LLC arising out of the July 13, 2024 Incident, which remain pending and unaffected by this Limited Liability Release. Nothing herein is intended to affect the currently pending litigation styled *Shenisha Moore, as parent of D.B., a minor, and Bettey Lester, as Administrator of the Estate of Demarious Brown v. Lotus Lake Group, LLC, and MMG Management, LLC*; Civil Action No: 24-C-12140-S5; State Court of Gwinnett County, Georgia (the "Complaint," "lawsuit," or "suit"), which will remain unaffected by this Limited Liability Release, except to the extent that either or both of the Undersigned seek to recover a judgment against Lotus Lake Group, LLC.

This release shall operate as a full and final release of Kinsale Insurance Company with regard to Policy Nos. 0100269194-0 and 0100255487-0 from all claims relating to or arising in any way from the bodily injuries, personal injuries, and/or the death of Demarious Brown, and any economic, emotional, or personal injuries sustained by the Undersigned arising out of the accident, casualty, or event that occurred on or about July 13, 2024. This release shall also operate as a full and final release of the Limited Liability Releasee regarding bodily injuries, personal injuries, and/or the death of Demarious Brown, and any economic, emotional, or personal injuries sustained by the Undersigned. Nevertheless, this Limited Liability Release shall not bar any claims the Undersigned have against the Limited Liability Releasee to the extent other insurance coverage is

4

Docusign Envelope ID: F14D7402-80DE-4ACD-94AB-CE79F40B9A2E

available which covers the claim or claims of the Undersigned against the Limited Liability Releasee.

The Undersigned agree to indemnify the Limited Liability Releasee and Kinsale Insurance Company for any claims or liens asserted against them for medical bills, funeral expenses, and/or burial costs related to the Demarious Brown's medical treatment and mortuary proceedings arising out of the July 13, 2024, Incident, but only up to the amount paid herein. This Agreement includes no other indemnification. However, nothing herein prevents the Undersigned from disputing, challenging, or negotiating any claimed liens.

It is expressly understood and agreed that this Limited Liability Release is a settlement of claims for which the parties released hereby deny all liability and that, by this release, the parties released hereby intend merely to avoid litigation. This Limited Liability Release in no way prejudices the rights of the released parties to deny liability in any action based upon the said accident, casualty, or event. It is further agreed that this is the settlement of personal physical injuries within the meaning of IRS Code 104(a)(2), as amended, and the Undersigned are not made whole for all economic and non-economic losses.

All agreements and understandings between the parties hereto are embodied and expressed herein, and the terms of the Limited Liability Release are contractual and not mere recitals. The undersigned is 18 years of age or older, of sound mind, and laboring under no disabilities.

This Limited Liability Release contains the entire agreement between the parties. The Undersigned hereby acknowledge receipt of this Limited Liability Release and that it is notice in writing of lack of consent of the Limited Liability Releasee to this settlement.

THE UNDERSIGNED HAVE READ THE FOREGOING RELEASE AND FULLY UNDERSTAND IT.

Witness the hand and seal, this _____ day of _____, 2025.

Docusign Envelope ID: F14D7402-80DE-4ACD-94AB-CE79F40B9A2E

Signed by:

*Shenisha Moore*

914995FE4B704E8...

Shenisha Moore, as Parent of Demarious
Brown


Signed by:

*Betty Lester*

904BCFA0ECBA40E...

Betty Lester, as Administrator of the Estate
of Demarious Brown

# EXHIBIT E

| From: | Ethan Kim |
|---|---|
| To: | Will Keegan; Brian Mickelsen; James M. Bauer; Chad Burbrink |
| Cc: | Lori Jolliff; Brandon Gossett |
| Subject: | Re: Shenisha Moore et al. v. Lotus Lake Group, LLC et al. 24-C-12140-S5 |
| Date: | Tuesday, October 7, 2025 1:24:41 PM |
| Attachments: | image001.png |
| | image002.png |
| | image004.png |
| | image005.png |
| | Outlook-&lt;span c.png |
| | Outlook-Facebook.png |
| | Outlook-Twitter.png |
| | Outlook-LinkedIn.png |

**Caution:** This is an external email. Please take care when clicking links or opening attachments.

Hey Will,

Just got them. Thanks for letting me know.

Sincerely,

Ethan.

**From:** Will Keegan <wkeegan@fieldshowell.com>
**Sent:** Tuesday, October 7, 2025 11:03 AM
**To:** Ethan Kim <Ekim@calvinsmithlaw.com>; Brian Mickelsen <Brian@mickelsendalton.com>; James M. Bauer <jbauer@fieldshowell.com>; Chad Burbrink <cburbrink@teamarcadia.com>
**Cc:** Lori Jolliff <ljolliff@teamarcadia.com>; Brandon Gossett <bgossett@fieldshowell.com>
**Subject:** Re: Shenisha Moore et al. v. Lotus Lake Group, LLC et al. 24-C-12140-S5

Hi Ethan,

We understand that the checks have all been delivered. Please let me know if you think this is an error.

Best,
Will

## Fields Howell LLP

**Will Keegan**

Associate

# EXHIBIT F

| Date | Event | Index # | Type | Comments | Documents |
|------|-------|---------|------|----------|-----------|
| 3/4/2025 | Filing | | Appearance and Substitution of Counsel | Christopher T. Byrd | b635acd2-a413-4962-b29b-16326a5fec37.pdf |
| 3/14/2025 | Filing | | Certificate of Servce of Discovery | | cd77eb8e-0d71-4e21-96c0-8c06fdeebba3.pdf |
| 3/17/2025 | Filing | | Certificate of Servce of Discovery | | f51f4daa-0527-4c61-ad9f-e056e2f5f6bb.pdf |
| 3/17/2025 | Filing | | Attorney Notice of Leave of Absence | Zach M, Matthews, Esq. | afd2bbc6-88b5-4801-911a-b7e1d385f49b.pdf |
| 3/18/2025 | Filing | | SUBSTITUTION OF COUNCEL | Christopher T Byrd | de92ccf0-d61c-4e05-aa4a-429f5982225f.pdf |
| 3/20/2025 | Filing | | Appearance and Substitution of Counsel | | 7145dbf8-1553-45b9-892a-67ffd14ac381.pdf |
| 3/21/2025 | Filing | | Certificate of Servce of Discovery | | 7407ffc0-34b4-4877-962f-3b3885e0132b.pdf |
| 3/24/2025 | Filing | | ORDER | AMENDED SUB OF COUNSEL | 5ca4f8da-4f2d-402f-9c05-e74510e75647.pdf |
| 3/31/2025 | Filing | | Attorney Notice of Leave of Absence | | 18c0f19a-2f8d-469a-aff6-115ad6e317bd.pdf |
| 4/22/2025 | Filing | | Certificate of Servce of Discovery | | e13209f0-98b1-4b41-9e20-b09105b4b164.pdf |
| 5/20/2025 | Filing | | Notice | DEMAND FOR BIFURCATION | b4cc8e0a-80e7-421d-94a9-a51f54637785.pdf |
| 5/21/2025 | Filing | | Certificate of Service | | 44f2fc66-6d57-4891-94b1-9e82351d9495.pdf |
| 5/21/2025 | Filing | | Certificate of Service | | a3bb4ee2-a461-4e0c-a08a-6b2a697c8b9e.pdf |
| 6/10/2025 | Filing | | Certificate of Servce of Discovery | | 4fbc69fc-2f65-4670-b50a-5ac9bc9cd549.pdf |
| 6/16/2025 | Filing | | Objection to Motion | TO DEF MMG MGMT LLC SUBPONEAS TO PRODUCE AND PROTECTIVE ORDER | 17385305-2b7c-43d7-8a9c-b4164903a006.pdf |
| 6/19/2025 | Filing | | Certificate of Servce of Discovery | | 8906ddad-c7b0-40a0-8727-23b827c28873.pdf |
| 6/19/2025 | Filing | | Notice | OF WITHDRAWL OF SUBPONEAS | 7d117498-4ca1-4c20-ac5a-e73467e7a873.pdf |
| 6/20/2025 | Filing | | Notice | Plaintiffs' Notice to Withdraw its Objections and Motion for a Protective Order | 361b2888-9fc7-47a6-af78-1edd85fb531e.pdf |
| 6/23/2025 | Filing | | Certificate of Service | | 02e08875-3c94-4676-95fd-04337e85d049.pdf |
| 6/23/2025 | Filing | | Certificate of Service | | 966b2059-8c8c-48a0-b9be-af4b13ea757e.pdf |
| 6/23/2025 | Filing | | Certificate of Service | | 60a6fe05-ccdc-4404-b0e3-bad539ccb622.pdf |
| 7/3/2025 | Filing | | Notice | | 44424816-9cb2-4ec4-b61d-483a77e078f3.pdf |
| 7/8/2025 | Filing | | Certificate of Servce of Discovery | Subpoena to Bibb Co. Sheriff | 1c74218d-d9a0-4334-88df-0075a7cb2a7b.pdf |
| 7/22/2025 | Filing | | Notice | CONSENT PETITION FOR COMPROMISE OF CLAIMS & MOTION TO APPROVE SETTLEMENT DOCS | |
| 7/23/2025 | Filing | | Order Sealing Records | CONSENT PETITIONFOR MINOR SETTLEMENT | e0b5c241-5a34-4394-8294-ab8fef02719d.pdf |
| 7/23/2025 | Filing | | ORDER | Settlement Approved | e7aa496c-0725-4216-92e1-a702167a606f.pdf |
| 7/30/2025 | Filing | | Attorney Notice of Leave of Absence | | 61fb7616-5102-420f-8059-df0989e3cabe.pdf |
| 8/14/2025 | Filing | | Attorney Notice of Leave of Absence | | b05a42e2-243a-4dd9-abb8-4561c645e8f9.pdf |

| Date | Event | Index # | Type | Comments | Documents |
|------|-------|---------|------|----------|-----------|
| 8/21/2025 | Filing | | Motion | FOR ENTRY OF CONSENT SCHEDULING ORDER | 92be141f-9157-47e3-91c0-3d3e324398cb.pdf |
| 8/28/2025 | Filing | | ORDER | CONSENT SCHEDULING ORDER | d5b9cebd-e19c-408d-aa0a-536b9c7b77cb.pdf |
| 9/10/2025 | Filing | | NOTICE TO TAKE DEPOSITION | | 4a226003-0a74-4392-9d94-24f0574b617b.pdf |
| 9/10/2025 | Filing | | NOTICE TO TAKE DEPOSITION | | 3849b2a2-152e-4fbc-a700-51fc5bc0385b.pdf |
| 9/15/2025 | Filing | | Certificate of Servce of Discovery | | fd17be21-6631-491b-ae8e-276389993816.pdf |
| 9/16/2025 | Filing | | Certificate of Servce of Discovery | | 18fd3b18-da21-4b7e-8bc5-08a7992caa70.pdf |
| 10/24/2025 | Filing | | NOTICE TO TAKE DEPOSITION | AS TO PARIS HARVEY | ec7da136-70bf-4db9-803d-5ddd249279b4.pdf |
| 10/24/2025 | Filing | | NOTICE TO TAKE DEPOSITION | AS TO DAKEMION KNOLTON | 7cd67239-208d-4826-84ea-aef5c6c78272.pdf |
| 10/28/2025 | Service | | Summons | - | - |
| 10/28/2025 | Filing | | Affidavit of Service | AS TO PARIS HARVEY | 077362dc-23d5-4c41-9fdb-5f696322761c.pdf |
| 11/5/2025 | Filing | | Certificate of Servce of Discovery | | 9b3c4784-f62c-4c36-8961-e478328cca68.pdf |
| 11/11/2025 | Filing | | Notice | OF ISSUANCE OF SUBPOENA | 132832d5-6e8c-403c-86f5-f61b92462d91.pdf |
| 11/11/2025 | Filing | | Certificate of Service | | 28517305-e2ab-478c-8379-bd9756ee26ec.pdf |
| 11/22/2025 | Filing | | Attorney Notice of Leave of Absence | | 53ac1ad1-2267-4113-8566-61a4fef08d81.pdf |
| 11/24/2025 | Service | | Summons | - | - |
| 11/24/2025 | Filing | | Affidavit of Service | AS TO TRAMESE SHAKIRA KING | d7066320-52e8-45d8-8e51-83534379364e.pdf |
| 12/1/2025 | Filing | | Certificate of Servce of Discovery | | 5d0a1da2-1f4f-4c72-9c46-388e7517e467.pdf |
| 12/10/2025 | Filing | | Certificate of Service | | cb41eef2-3304-4b4b-817f-24afed61af5e.pdf |
| 12/23/2025 | Filing | | Consent Motion | FOR ENTRY OF CONSRNT SCHEDULING ORDER | f653bc35-3b28-4f7d-b79d-3f010cee34f3.pdf |
| 12/29/2025 | Filing | | Notice | OF ISSUANCE OF SUBPOENA | 923c7235-6106-4790-a185-b002fd6ea9e4.pdf |
| 12/29/2025 | Filing | | Certificate of Service | | 9b1d70ee-009e-4729-96ab-71e9553b046f.pdf |
| 1/6/2026 | Filing | | Order Granting Motion | CONSENT SCHEDULING | 46231d7f-7267-4628-87e1-b7653cc26066.pdf |

© 2026 Tyler Technologies, Inc. I All Rights Reserved
Version: 2025.9.25.1685



EMPOWERED BY
TYLER TECHNOLOGIES